**Fill in this information to identify your case:**

Debtor 1: **Mark Fam**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Columbia

Case number (If known): 19-0003

☐ Check if this is an amended filing

*FILED JAN 0 3 2019 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia*

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy            04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 219 Aspen Street<br>Number  Street | From 11/15/1984<br>To 05/18/2018 | Number  Street | From ____<br>To ____ |
| Alexandria  VA  22305<br>City   State  ZIP Code | | City   State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number  Street | From ____<br>To ____ | Number  Street | From ____<br>To ____ |
| City   State  ZIP Code | | City   State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Debtor 1  Mark Fam
_First Name_  _Middle Name_  _Last Name_

Case number _(if known)_ _____

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of Income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $ 8,333.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2017) | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2016) | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of _other income_ are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of Income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | rental income | $ 6,220.00 | _____ | $ _____ |
| | LLC revenue (sa... | $ 10,520.00 | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2017) | online book sales | $ 22,000.00 | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2016) | online book sales | $ 18,000.00 | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |

Debtor 1  Mark Fam
         First Name   Middle Name   Last Name

Case number (if known) _____

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   ☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272 | 11/27/2018<br>10/26/2018<br>09/27/2018 | $985.00 | $13,722.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Mercury Card Services<br>P.O. Box 84064<br>Columbus, GA 31908 | 12/04/2018<br>11/08/2018<br>10/02/2018 | $410.00 | $3,457.55 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Volvo Card Financial Services<br>PO Box 91300<br>Mobile, AL 36691 | 11/29/2018<br>10/31/2018 | $1,100.00 | $5,124.16 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1  Mark Fam
_First Name_  _Middle Name_  _Last Name_

Case number _(if known)_ _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   |  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name <br> Number Street <br> City  State  ZIP Code | _____ | $_____ | $_____ |  |
   | Insider's Name <br> Number Street <br> City  State  ZIP Code | _____ | $_____ | $_____ |  |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

   |  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name <br> Number Street <br> City  State  ZIP Code | _____ | $_____ | $_____ |  |
   | Insider's Name <br> Number Street <br> City  State  ZIP Code | _____ | $_____ | $_____ |  |

Debtor 1  Mark Fam
_First Name_   _Middle Name_   _Last Name_

Case number _(if known)_ _____

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   Case title: **Fam v Bank of Ameria, Ditech Financial**
   Case number: **1:17-cv-00319**

   Nature of the case: **Consumer law suit for damages and recoupment under USC 1640e**

   Court or agency:
   Court Name: **US Court of Appeals for 4th Cir**
   Number Street: **1100 East Main Street**
   City: **Richmond**  State: **VA**  ZIP Code: **23219**

   Status of the case:
   ☐ Pending
   ☑ On appeal
   ☐ Concluded

   Case title: _____
   Case number: _____

   Court Name: _____
   Number Street: _____
   City ____ State ____ ZIP Code ____

   ☐ Pending
   ☐ On appeal
   ☐ Concluded

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    Creditor's Name: _____
    Number Street: _____
    City ____ State ____ ZIP Code ____

    Describe the property: _____

    Explain what happened
    ☐ Property was repossessed.
    ☐ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

    Date: ____   Value of the property: $____

    Creditor's Name: _____
    Number Street: _____
    City ____ State ____ ZIP Code ____

    Describe the property: _____

    Explain what happened
    ☐ Property was repossessed.
    ☐ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

    Date: ____   Value of the property: $____

Debtor 1  __Mark_____Fam_____
         First Name   Middle Name   Last Name

Case number (if known)_____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
    |---|---|---|---|
    | Charity's Name _____ | | _____ | $_____ |
    | _____ | | _____ | $_____ |
    | Number  Street _____ | | | |
    | City   State   ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
    |---|---|---|---|
    | | | _____ | $_____ |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☑ No
    ☐ Yes. Fill in the details.

    | | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | Person Who Was Paid _____ | | _____ | $_____ |
    | Number  Street _____ | | _____ | $_____ |
    | _____ | | | |
    | City   State   ZIP Code | | | |
    | Email or website address _____ | | | |
    | Person Who Made the Payment, if Not You | | | |

Debtor 1 __Mark__ _____ __Fam__  Case number (if known)_____
         First Name  Middle Name  Last Name

|                          | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid      |                                                     |                                     | $                 |
| Number  Street           |                                                     |                                     | $                 |
| City    State  ZIP Code  |                                                     |                                     |                   |
| Email or website address |                                                     |                                     |                   |
| Person Who Made the Payment, if Not You |                                      |                                     |                   |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

|                          | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid      |                                                     |                                     | $                 |
| Number  Street           |                                                     |                                     | $                 |
| City    State  ZIP Code  |                                                     |                                     |                   |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

|                          | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer |                                             |                                                                        |                          |
| Number  Street           |                                                 |                                                                        |                          |
| City    State  ZIP Code  |                                                 |                                                                        |                          |
| Person's relationship to you _____ |                                    |                                                                        |                          |
| Person Who Received Transfer |                                             |                                                                        |                          |
| Number  Street           |                                                 |                                                                        |                          |
| City    State  ZIP Code  |                                                 |                                                                        |                          |
| Person's relationship to you _____ |                                    |                                                                        |                          |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 8

Debtor 1  Mark Fam
_____  _____  _____  _____
First Name   Middle Name   Last Name

Case number (if known)_____

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?
☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Number Street | Name | | ☐ No |
| City State ZIP Code | Number Street | | ☐ Yes |
| | City State ZIP Code | | |

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.
☑ No
☐ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Number Street | Number Street | | $_____ |
| City State ZIP Code | City State ZIP Code | | |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?
☑ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Number Street | Governmental unit | | _____ |
| City State ZIP Code | Number Street | | |
| | City State ZIP Code | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 10

Debtor 1  __Mark__ _____ __Fam_____   Case number (if known)_____
          First Name    Middle Name    Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Number  Street | Governmental unit | | |
| | Number  Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case title | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| | Court Name | | ☐ Pending |
| | Number  Street | | ☐ On appeal |
| Case number | City  State  ZIP Code | | ☐ Concluded |

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name: Pick-A-Book, LLC | Describe the nature of the business: Books, manuscripts, photographs, recorded media, primarily by online sales | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _will supply_ |
|---|---|---|
| Number Street: 4221 Edson Pl, NE | Name of accountant or bookkeeper | Dates business existed<br>From 05/15/2016 To 01/01/2019 |
| City: Washington  State: DC  ZIP: 20019 | | |
| Business Name: | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ - __ __ __ __ __ __ __ |
| Number Street: | Name of accountant or bookkeeper | Dates business existed<br>From _____ To _____ |
| City  State  ZIP Code | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 11

Debtor 1  Mark Fam  
  First Name  Middle Name  Last Name      Case number *(if known)*_____

**Business Name** _____

**Number  Street** _____

_____

**City State ZIP Code**

**Describe the nature of the business**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

**Dates business existed**

From _____ To _____

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No  
☐ Yes. Fill in the details below.

**Name** _____

**Number  Street** _____

_____

**City State ZIP Code**

**Date Issued**

_____  
MM / DD / YYYY

---

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *[signature]* _____  ✗ _____  
**Signature of Debtor 1**      **Signature of Debtor 2**

Date 01/03/2019      Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No  
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No  
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fam, Mark    xxx-xx-3298

## Addendum to Form 107

A.

Debtor presently has three (3) sources of income or when combined, a 'revenue stream'.

As to durability, the longest or most pronounced prong derives from Pick-A-Book, LLC, a limited liability company. Prior to formation of the LLLC, the debtor performed the same income gathering endeavors as the LLC does now in its present capacity.

For the calendar years of 2016 & 2017 the Debtor acted in a personal capacity generating sales and creating inventory of the merchandise he would sell. Those sales, and any costs-of-goods-sold would subsequently reflect on his personal form 1040 by Schedule E. Initially, when commenced, the Debtor's effort was relegated to learning the particular trade for this prong, and then having some success and aggregating inventory to sell to a burgeoning list of wholesale or trade vendors. For 2016 and 2017 this can only be viewed as a hobby that produced profit.

In early 2018, the Debtor made significant headway by becoming a stable and increasingly successful part of this trade or craft. Particularly, the Debtor pursues trade books, manuals, scientific texts, early 20th century history books and then resells them. Old and rare books' valuation fluctuates in intra-month cycles. The Debtor now possesses the ability to forecast values based upon seasonal adjustments and subsequently acquires inventory for future sale at greater profit.

In addition, the Debtor acquires original old photographs (20th century) and gallery-grade framed (and signed) art posters that had been produced for early- to - mid-20th century retail displays. This genre of art material has gained both popularity and value. By example only; a 50" x 45" presentation poster for a Rolex watch or Ferrari car, which when created (for retail display) had no value other than its task to promote a product, now has increasing value by collectors attracted to this art form.

Further, the Debtor also buys at wholesale or obtain for free (from sources no longer interested in particular collections) music CD's, DVD's and other audio-visual formats and resells them. They are sold in bulk, bulk consists of lots of dozens or by gross.

In 2018 the Debtor formed an LLC with the intent to further grow this business which, as stated, has its roots in a hobby. Debtor holds or maintains under his LLC an ongoing inventory (which fluctuates weekly) of $20,000 to $25,000 of merchandise squarely represented as described above.

B.

The debtor began in the fourth quarter C/Y 2018[1] promoting the sole real estate property described in his schedules for the instant case for daily or weekend rentals for business travelers. The property is regularly featured on VRBO and in several sections of Craig's List. The income (or revenue/sales) from this prong has been intermittent and the Debtor has done this by design. Debtor by example, might make a rental for two days or a weekend once a week. The Debtor has many more offers generated from the listing sources than he accepts. The income from this prong on the schedules attached herein are not estimates but concluded sales (rentals). The Debtor could, if he decided, or if he had to, accept more rentals to increase revenue (sales/income) from this prong. This prong remains a source for greater income; but it also requires additional time commitment by the Debtor to meet perspective candidates (applicants) at that property and to take the necessary time to screen them. There is some labor (and cost) in readying that property for this particular purpose.

C.

The Debtor began an independent contract position with a Washington DC legal group with an offshore practice. The Debtor does research work at a physical office on K Street in the District. This firm has offered the Debtor a greater workload and further opportunity which in all likelihood requires some overnight

---

[1] With a minor extension covering a short period in 3rd QTR C/Y 2018

2

travel to a range of Central American capitals and Caribbean cities. Presently the Debtor has maintained the same time commitment he began with. As stated, that employer has offered the Debtor further income opportunities by increased workloads.