**DEFLTRIN (03/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

| | |
|---|---|
| **In Re**<br>Mark Fam<br>**Debtor** | **Case No.** 19–00003–SMT<br><br>**Chapter** 13 |

ISSUE TO:
Mark Fam
c/o International Regulatory Law Group
1629 K St, NW
Suite 300
Washington, DC 20006

### NOTICE TO PARTY FILING DEFICIENT BANKRUPTCY CASE

*(NOTE TO FILER: This notice to be attached to any documents when submitting previously deficient items)*

================================================================================

**WARNING – The deficient bankruptcy case filing described above will be dismissed unless you correct the following deficiencies. You have until** 2/4/2019 **to file the corrections.**

The Clerk has accepted the following pleading or document: **(Docket Entry No.**

*28* – Employee Income Records Filed by Mark Fam . (Ragland, Vamira)

).

| | | |
|---|---|---|
| ☐ | *Incomplete Petition* | – The petition did not include either the complete address of the debtor/co–debtor or the social security (if a business, the tax identification) number. |
| ☐ | *Official Form* | – The voluntary petition and accompanying forms should comply with Official Form 1 (approved by the Judicial Conference, effective 3/1/98). |
| ☑ | *Signature* | – The debtor or attorney for the debtor did not sign the petition or the signature is not an original signature. |
| ☐ | *Payment of Filing Fee* | – The proper payment for the filing fee was not received. Payments must be made by attorney check or money order (personal checks are not accepted) in the amount listed on the current fee schedule. The check or money order must be dated, signed and made out to Clerk, U.S. Bankruptcy Court. |
| | **Chapter 11 Cases Only** | |
| ☐ | *List of Creditors* | – The Voluntary Petition was not accompanied by a list containing the names and addresses of each creditor. |
| ☐ | *Verification of Authority to File* | – A voluntary petition filed by a corporate debtor requires a corporate resolution authorizing such filing. A partnership requires a certificate to accompany the petition. See LBR 1002–1(a) and 1004–1. |
| ☐ | *Balance Sheet* | – A debtor designated as a small business is required to file a Balance Sheet with the petition. See 11 USC § 1116. |
| ☐ | *Statement of Operations* | – A debtor designated as a small business is required to file a Statement of Operations with the petition. See 11 USC § 1116. |

| | |
|---|---|
| ☐ | *Cash Flow Statement* – A debtor designated as a small business is required to file a Cash Flow Statement with the petition. See 11 USC § 1116. |
| ☐ | *Federal Income Tax Return* – A debtor designated as a small business is required to file a Federal Income Tax Return with the petition. See 11 USC § 1116. |
| ☐ | *Other.* The court's Local Form 9 was filed without an original signature. Please file a signed Local Form 9 by date mentioned above. |

Dated: 1/28/19                                                         For the Court:
                                                                       Angela D. Caesar
                                                                       BY: vr